In the Matter of the Petition of the VILLAGE OF RYE, by Its Board of Trustees, Respondent, to Acquire Certain Lands, against RYE LAND AND IMPROVEMENT COMPANY and Another, Appellants, Impleaded with Another, Defendant. (Proceeding No. 1.) — Judgment (final order) unanimously affirmed, with costs. We agree with the views expressed in the opinion of the learned justice at Special Term. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

COMPANY and Another, Appellants, Impleaded with Another, Defendant. (Proceeding No. 2.) — Judgment (final order) unanimously affirmed, with costs. We are of opinion that the purposes for which the land is sought to be acquired are within the scope of the proposition submitted to the electors; that the method of operation of the plant and the disposal of the garbage and ashes and like material must be left to the sound discretion of the administrative officers. In this disposition of the case we have not considered the so-called exhibits printed in the respondent's brief. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.